No. 805. DOLES v. METROPOLITAN LIFE INSURANCE Co., 337 U. S. 922. Rehearing denied.

No. 425, Misc. HASSON v. UNITED STATES, 337 U. S. 932. Rehearing denied.

No. 437, Misc. TATE v. CALIFORNIA, 337 U. S. 903. Rehearing denied.

No. 489, Misc. BUTLER v. PENIX, RECEIVER, 337 U. S. 926. Rehearing denied.